UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRAD JOHN PEPER ,

              Plaintiff,

   v.

PORT ORCHARD CORRECTIONS, et al.,

             Defendant.

CASE NO. C20-269-RSM

**REPORT AND RECOMMENDATION**

On February 20, 2020 plaintiff submitted a *pro se*, prisoner civil rights complaint without paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. 1. By letter dated February 21, 2019, the Clerk informed plaintiff he must either pay the filing fee or submit an IFP application and the failure to do so by October 21, 2019 may result in dismissal of the case. Dkt. 2. On March 19, 2020 plaintiff submitted another deficient IFP application. Dkt. 4. The Clerk sent plaintiff a letter on March 24, 2020 informing plaintiff the IFP application was still deficient and that he must cure the application by April 23, 2020 or the case may be dismissed. Dkt. 6.

Plaintiff has not responded to the Clerk's letter to cure the deficiencies in his IFP application. The Court thus recommends (**1**) plaintiff either pay the $400.00 filing fee or submit a sufficient IFP application by **May 8, 2020**; and (**2**) if he fails to pay the fee or submit a sufficient application by this date the case be dismissed without prejudice.

REPORT AND RECOMMENDATION - 1

A proposed order is attached. Objections, if any, to this Report and Recommendation must be filed no later than **May 8, 2020,** and the clerk shall note the matter ready for the Court's consideration on **May 8, 2020**.  Objections shall not exceed five (5) pages.  The failure to timely object may affect the right to appeal.  The Clerk shall send a copy of this Order to plaintiff.

DATED this 24th day of April, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2